## S05Y1405. IN THE MATTER OF SWAIN ALVIN LEWIS.
(616 SE2d 451)

PER CURIAM.

This disciplinary matter is before the Court on Respondent Swain Alvin Lewis' Petition for Voluntary Surrender of License filed prior to the issuance of a Formal Complaint pursuant to Bar Rule 4-227 (b). In his petition, Lewis admits that he pled guilty in January 2005 to violating 18 USC § 4 (misprision of a felony), that the court's acceptance of the plea constitutes a felony conviction, and that due to the conviction, he violated Rule 8.4 (a) (2) of Bar Rule 4-102 (d) of the Georgia Rules of Professional Conduct. The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment and Lewis acknowledges that pursuant to Bar Rule 4-110 (f), his voluntary surrender of license is tantamount to disbarment. The State Bar recommends that this Court accept Lewis' petition.

We have reviewed the record in this matter and conclude that by his conviction of a felony, Lewis violated Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct. Accordingly, Lewis' Petition for Voluntary Surrender of License hereby is accepted. He is reminded of his duties under Bar Rule 4-219 (c).

*Petition for voluntary surrender of license accepted. All the Justices concur.*

DECIDED JUNE 30, 2005.

*William P. Smith III, General Counsel State Bar, K. Gene Chapman, Assistant General Counsel State Bar*, for State Bar of Georgia.
*Page A. Pate*, for Lewis.